# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Bruce Bernard Lent
28236 Zurburan
Mission Viejo, CA  92692

Case No. **8:10-bk-27001-ES**

DATE: 9/28/2011

Elaine Charlotte Lent
28236 Zurburan
Mission Viejo, CA  92692

DEB1 SSN XXX-XX-6246

DEB2 SSN XXX-XX-7330

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Archstone Las Flores<br>381 Sable<br>Rancho Santa Margarita, CA 92688 | CLAIM: **$0.00**<br>SCHEDULED: $3,317.71<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT: **964-3**<br>COMM:<br>COURT CLAIM#: |
| Asset Recovery Associates<br>2200 E. Devon Ave.<br>Ste. 200<br>Des Plaines, IL  60018 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 2 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| CIR Law Offices<br>PO Box 23189<br>San Diego, CA  92193-3189 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 3 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Carecr/gemb<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 | CLAIM: **$0.00**<br>SCHEDULED: $5,516.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 4 | UNSECURED<br>NOT FILED<br>ACCT: **2382**<br>COMM:<br>COURT CLAIM#: |
| ECAST SETTLEMENT CORP<br>PO BOX 29262<br>NEW YORK, NY  10087-9262 | CLAIM: **$16,252.14**<br>SCHEDULED: $16,647.00<br><br>DATE FILED: 02/01/2011<br>TRUSTEE CLAIM#: 5 | UNSECURED<br><br>ACCT: **7112**<br>COMM:<br>COURT CLAIM#: 12 |

Case No.**8:10-bk-27001-ES**

| | | |
|---|---|---|
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Case No. 30-2010-00387372<br>Kansas City, MO  64195 | CLAIM: **$0.00**<br>SCHEDULED: $1,224.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 6 | UNSECURED<br>NOT FILED<br>ACCT: **7514**<br>COMM:<br>COURT CLAIM#: |
| ECAST SETTLEMENT CORP<br>PO BOX 29262<br>NEW YORK, NY  10087-9262 | CLAIM: **$3,744.71**<br>SCHEDULED: $3,744.00<br><br>DATE FILED: 01/21/2011<br>TRUSTEE CLAIM#: 7 | UNSECURED<br><br>ACCT: **6198**<br>COMM:<br>COURT CLAIM#: 11 |
| Collection Consultation of CA<br>6100 San Fernando Rd #211<br>Glendale, CA  91201 | CLAIM: **$0.00**<br>SCHEDULED: $1,215.48<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT: **129-5**<br>COMM:<br>COURT CLAIM#: |
| Empi<br>599 Cardigan Road<br>Saint Paul, MN  55126 | CLAIM: **$0.00**<br>SCHEDULED: $135.94<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 9 | UNSECURED<br>NOT FILED<br>ACCT: **7032**<br>COMM:<br>COURT CLAIM#: |
| FORD MOTOR CREDIT COMPANY, LLC<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | CLAIM: **$9,890.37**<br>SCHEDULED: $10,101.00<br><br>DATE FILED: 01/13/2011<br>TRUSTEE CLAIM#: 10 | SECURED<br>PAID OUTSIDE<br>ACCT: **4731**<br>COMM: 07 FORD FOCUS D/P<br>COURT CLAIM#: 8 |
| GEMB / Mervyns<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 | CLAIM: **$0.00**<br>SCHEDULED: $386.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 11 | UNSECURED<br>NOT FILED<br>ACCT: **4046**<br>COMM:<br>COURT CLAIM#: |
| Ge Capital Credit Card<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 | CLAIM: **$0.00**<br>SCHEDULED: $4,025.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 12 | UNSECURED<br>NOT FILED<br>ACCT: **0874**<br>COMM:<br>COURT CLAIM#: |
| GE MONEY BANK<br>PO BOX 960061<br>ATTN: BANKRUPTCY DEPARTMENT<br>ORLANDO, FL  32896-0661 | CLAIM: **$1,431.74**<br>SCHEDULED: $1,695.00<br><br>DATE FILED: 04/10/2011<br>TRUSTEE CLAIM#: 13 | UNSECURED<br><br>ACCT: **2328**<br>COMM:<br>COURT CLAIM#: 14 |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | CLAIM: **$808.47**<br>SCHEDULED: $808.00<br><br>DATE FILED: 01/19/2011<br>TRUSTEE CLAIM#: 14 | UNSECURED<br><br>ACCT: **3962**<br>COMM:<br>COURT CLAIM#: 10 |

Case No.**8:10-bk-27001-ES**

| | | |
|---|---|---|
| Hunt & Henriques<br>151 Bernal Rd Ste 8<br>Case No. 30-2010-00387372<br>San Jose, CA  95119 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 15 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Hunt & Henriques<br>151 Bernal Rd Ste 8<br>Case No. 30-2010-00388653<br>San Jose, CA  95119 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 16 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | CLAIM: **$1,288.00**<br>SCHEDULED: $1,288.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 17 | PRIORITY<br>NOT FILED<br>ACCT: **6246/7330**<br>COMM: 08 FED TAX NO CLM<br>COURT CLAIM#: |
| Kimball Tirey & St. John<br>1202 Kettner Blvd 5th Floor<br>San Diego, CA  92101 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 18 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| LBS FINANCIAL CREDIT UNION<br>PO BOX 4860<br>LONG BEACH, CA  90804 | CLAIM: **$296.50**<br>SCHEDULED: $862.00<br><br>DATE FILED: 12/15/2010<br>TRUSTEE CLAIM#: 19 | SECURED<br>PAID OUTSIDE<br>ACCT: **4237**<br>COMM: 2000 GMC SONOMA D/P<br>COURT CLAIM#: 6 |
| DEPARTMENT STORES NATIONAL<br>BANK<br>NCO FINANCIAL SYSTEMS, INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | CLAIM: **$2,283.26**<br>SCHEDULED: $2,283.00<br><br>DATE FILED: 12/09/2010<br>TRUSTEE CLAIM#: 20 | UNSECURED<br><br>ACCT: **4895**<br>COMM:<br>COURT CLAIM#: 4 |
| Mission Hospital<br>27700 Medical Cetner Road<br>Mission Viejo, CA  92691 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 21 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Monarch Recovery<br>10965 Decatur Road<br>Philadelphia, PA  19114 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 22 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Nco/inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA  19044 | CLAIM: **$0.00**<br>SCHEDULED: $105.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 23 | UNSECURED<br>NOT FILED<br>ACCT: **9764**<br>COMM:<br>COURT CLAIM#: |

Case No.**8:10-bk-27001-ES**

| | | |
|---|---|---|
| Pinnacle Financial<br>7825 Washington Ave. S Ste 310<br>Minneapolis, MN  55439-2409 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 24 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN  55439 | CLAIM: **$0.00**<br>SCHEDULED: $61.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 25 | UNSECURED<br>NOT FILED<br>ACCT: **6916**<br>COMM:<br>COURT CLAIM#: |
| Sears/Cbsd<br>701 East 60th St N<br>Sioux Falls, SD  57117 | CLAIM: **$0.00**<br>SCHEDULED: $4,920.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 26 | UNSECURED<br>NOT FILED<br>ACCT: **4493**<br>COMM:<br>COURT CLAIM#: |
| SOUTHERN CALIFORNIA EDISON<br>ATTN: CREDIT & PAYMENT SERVICE<br>300 N LONE HILL AVE<br>SAN DIMAS, CA  91773 | CLAIM: **$94.78**<br>SCHEDULED: $45.00<br><br>DATE FILED: 12/29/2010<br>TRUSTEE CLAIM#: 27 | UNSECURED<br><br>ACCT: **0752**<br>COMM:<br>COURT CLAIM#: 7 |
| SOCIAL SECURITY ADMINISTRATION<br>PO BOX 2000<br>RICHMOND, CA  94802 | CLAIM: **$0.00**<br>SCHEDULED: $12,000.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 28 | UNSECURED<br>NOT FILED<br>ACCT: **6246 A**<br>COMM:<br>COURT CLAIM#: |
| Superior Court of CA<br>23141 Moulton Parkway<br>Case No. 30-2010-00387372<br>Laguna Hills, CA  92653 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 29 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Superior Court of CA<br>County of Orange<br>700 Civic Center Drive West<br>30-2010 00403181<br>Santa Ana, CA  92701 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 30 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Superior Court of CA<br>County of Orange<br>Harbor Justice Center<br>23141 Moulton Parkway<br>Laguna Hills, CA  92653 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 31 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | CLAIM: **$444.88**<br>SCHEDULED: $340.00<br><br>DATE FILED: 12/16/2010<br>TRUSTEE CLAIM#: 32 | UNSECURED<br><br>ACCT: **1090**<br>COMM:<br>COURT CLAIM#: 5 |

Case No.**8:10-bk-27001-ES**

| | | |
|---|---|---|
| The Moore Law Group<br>3710 S. Susan St. Ste. 210<br>30-2010-00403181<br>Santa Ana, CA  92799-5145 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 33 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| ASSET ACCEPTANCE<br>PO BOX 2036<br>WARREN, MI  48090 | CLAIM: **$4,578.65**<br>SCHEDULED: $4,190.00<br><br>DATE FILED: 01/13/2011<br>TRUSTEE CLAIM#: 34 | UNSECURED<br><br>ACCT: **9859**<br>COMM:<br>COURT CLAIM#: 9 |
| WELLS FARGO CARD SERVICES<br>RECOVERY DEPARTMENT<br>P.O. BOX 9210<br>DES MOINES, IA  50306 | CLAIM: **$6,924.50**<br>SCHEDULED: $6,924.00<br><br>DATE FILED: 12/06/2010<br>TRUSTEE CLAIM#: 35 | UNSECURED<br><br>ACCT: **9443**<br>COMM:<br>COURT CLAIM#: 2 |
| Wfnnb/chadwk<br>Attn: Bankruptcy<br>Po  Box 182124<br>Columbus, OH  43218 | CLAIM: **$0.00**<br>SCHEDULED: $830.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 36 | UNSECURED<br>NOT FILED<br>ACCT: **8566**<br>COMM:<br>COURT CLAIM#: |
| Wfnnb/new York & Compa<br>220 W Schrock Rd<br>Westerville, OH 43081 | CLAIM: **$0.00**<br>SCHEDULED: $626.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 37 | UNSECURED<br>NOT FILED<br>ACCT: **2608**<br>COMM:<br>COURT CLAIM#: |
| WELLS FARGO CARD SERVICES<br>RECOVERY DEPARTMENT<br>P.O. BOX 9210<br>DES MOINES, IA  50306 | CLAIM: **$5,806.15**<br>SCHEDULED: $5,806.00<br><br>DATE FILED: 12/06/2010<br>TRUSTEE CLAIM#: 38 | UNSECURED<br><br>ACCT: **2033**<br>COMM:<br>COURT CLAIM#: 3 |
| Elaine Charlotte Lent<br>28236 Zurburan<br>Mission Viejo, CA  92692 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 39 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| GREGORY J DOAN<br>25401 CABOT RD STE 119<br>LAGUNA HILLS, CA  92653 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 40 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| GE MONEY BANK<br>PO BOX 960061<br>ATTN: BANKRUPTCY DEPARTMENT<br>ORLANDO, FL  32896-0661 | CLAIM: **$3,641.05**<br>SCHEDULED: $2,739.00<br><br>DATE FILED: 04/09/2011<br>TRUSTEE CLAIM#: 41 | UNSECURED<br><br>ACCT: **0874**<br>COMM:<br>COURT CLAIM#: 13 |

Case No.**8:10-bk-27001-ES**

| | | |
|---|---|---|
| Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN  55439 | CLAIM: **$0.00**<br>SCHEDULED: $50.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 42 | UNSECURED<br>NOT FILED<br>ACCT: **6915**<br>COMM:<br>COURT CLAIM#: |
| WELLS FARGO FINANCIAL BANK<br>ATTN: PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50306 | CLAIM: **$2,085.69**<br>SCHEDULED: $0.00<br><br>DATE FILED: 12/06/2010<br>TRUSTEE CLAIM#: 43 | UNSECURED<br><br>ACCT: **2394**<br>COMM:<br>COURT CLAIM#: 1 |

Case No.**8:10-bk-27001-ES**

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| Bruce Bernard Lent | |
| 28236 Zurburan | |
| Mission Viejo, CA 92692            Debtor(s). | **Case No.:**8:10-bk-27001-ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #8500
ORANGE, CA 92868

The foregoing document described as <u>Notice of Intent to Pay Claims</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 9/28/2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

GREGORY J DOAN                    ecf@doanlaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/28/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Bruce Bernard Lent
Elaine Charlotte Lent
28236 Zurburan
Mission Viejo, CA 92692

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/28/2011 | ILEEN VILLEGAS | /s/  ILEEN VILLEGAS__ |
|---|---|---|
| Date | Type Name | ILEEN VILLEGAS |

Case No. **8:10-bk-27001-ES**